DOWNEY BRAND LLP
ANTHONY L. VIGNOLO (Bar No. 203933)
MATTHEW J. WEBER (Bar No. 227314)
AVALON J. FITZGERALD (Bar No. 288167)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:     916.444.1000
Facsimile:      916.444.2100
avignolo@downeybrand.com
mweber@downeybrand.com
afitzgerald@downeybrand.com

Attorneys for Defendant
WILLIS OF TEXAS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA DYNO NOBEL, a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>WILLIS OF TEXAS, INC., a Texas corporation,<br><br>                    Defendant. | Case No.  2:15-cv-01745-WBS-CKD<br><br>**STIPULATION FOR 9 DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

1422645.1

STIPULATION FOR 9 DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD;

Pursuant to Local Rules 143 and 144 of the United States District Court for the Eastern District of California, Defendant Willis of Texas ("Defendant"), by and through its counsel, Avalon J. Fitzgerald of Downey Brand LLP, and Plaintiff ALPHA Dyno Nobel ("Plaintiff"), by and through its counsel, Kathleen C. Lyon, stipulate and agree as follows:

Because Plaintiff and Defendant are currently negotiating a tolling and cooperation agreement, Defendant is granted an extension of nine (9) days to respond to Plaintiff's Complaint in this matter, from October 7, 2015, up to and including October 16, 2015.

SO STIPULATED.

DATED: October 6, 2015         DOWNEY BRAND LLP


By: /s/ Avalon J. Fitzgerald
AVALON J. FITZGERALD
Attorney for Defendant
WILLIS OF TEXAS, INC.

DATED: October 6, 2015         ARONOWITZ SKIDMORE LYON, APLC


By: /s/ Kathleen C. Lyon (as authorized on 10/6/15)
KATHLEEN C. LYON
Attorney for Plaintiff
ALPHA DYNO NOBEL

**IT IS SO ORDERED.**

Dated: October 6, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1422645.1

1

STIPULATION FOR 9 DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT