LAWRENCE E. SKIDMORE, CSB #137587
lskidmore@asilaw.org
KATHLEEN C. LYON, CSB #236224
klyon@asilaw.org
ERIN J. TOGNETTI, CSB # 282474
etognetti@asilaw.org
ARONOWITZ SKIDMORE LYON
A Professional Law Corporation
200 Auburn Folsom Road, Suite 305
Auburn, California 95603
Telephone: (530) 823-9736
Fax: (530) 823-5241

Attorneys for ALPHA DYNO NOBEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA DYNO NOBEL, a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>WILLIS OF TEXAS, INC., a Texas corporation,<br><br>        Defendant. | Case No.: 2:15-cv-01745-WBS-CKD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>FRCP41(a)(2) |

**ORDER**

Pursuant to the parties Stipulation above:

1.    Defendant is dismissed with prejudice from this action pursuant to Fed. R. Civ. P 41(a)(2).

2.    The matter is dropped from the Court's calendar.

3.    Each party to this Stipulation shall bear its own costs and attorneys' fees.

Dated: February 7, 2017

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1